B1 (Official Form 1)(04/13)

# United States Bankruptcy Court
## Western District of Michigan

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Muskegon Redevelopment Limited Dividend Housing Association Limited Partnership** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**35-2113888** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**550 W. Western Avenue**<br>**Muskegon, MI**<br>ZIP Code **49440** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Muskegon** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**c/o Alliant Real Estate Investments, LLC**<br>**21600 Oxnard Street**<br>**Suite 1200**<br>**Woodland Hills, CA**<br>ZIP Code **91367** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

## Type of Debtor
(Form of Organization) (Check one box)
- [ ] Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- [ ] Corporation (includes LLC and LLP)
- [x] Partnership
- [ ] Other (If debtor is not one of the above entities, check this box and state type of entity below.)

## Nature of Business
(Check one box)
- [ ] Health Care Business
- [x] Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- [ ] Railroad
- [ ] Stockbroker
- [ ] Commodity Broker
- [ ] Clearing Bank
- [ ] Other

## Chapter 15 Debtors
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

## Tax-Exempt Entity
(Check box, if applicable)
- [ ] Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

## Chapter of Bankruptcy Code Under Which the Petition is Filed (Check one box)
- [ ] Chapter 7
- [ ] Chapter 9
- [x] Chapter 11
- [ ] Chapter 12
- [ ] Chapter 13
- [ ] Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- [ ] Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

## Nature of Debts
(Check one box)
- [ ] Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- [x] Debts are primarily business debts.

## Filing Fee (Check one box)
- [x] Full Filing Fee attached
- [ ] Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- [ ] Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

## Chapter 11 Debtors
Check one box:
- [ ] Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- [x] Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- [ ] Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- [ ] A plan is being filed with this petition.
- [ ] Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

## Statistical/Administrative Information
- [x] Debtor estimates that funds will be available for distribution to unsecured creditors.
- [ ] Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| [x] 1-49 | [ ] 50-99 | [ ] 100-199 | [ ] 200-999 | [ ] 1,000-5,000 | [ ] 5,001-10,000 | [ ] 10,001-25,000 | [ ] 25,001-50,000 | [ ] 50,001-100,000 | [ ] OVER 100,000 |

**Estimated Assets**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

**Estimated Liabilities**

| [ ] $0 to $50,000 | [ ] $50,001 to $100,000 | [ ] $100,001 to $500,000 | [ ] $500,001 to $1 million | [x] $1,000,001 to $10 million | [ ] $10,000,001 to $50 million | [ ] $50,000,001 to $100 million | [ ] $100,000,001 to $500 million | [ ] $500,000,001 to $1 billion | [ ] More than $1 billion |

| B1 (Official Form 1)(04/13) | | Page 2 |
|---|---|---|
| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Muskegon Redevelopment Limited Dividend Housing Association Limited Partnership** | |

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location Where Filed:  - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** | **Exhibit B** |
|---|---|
| (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> **X** _____ <br> Signature of Attorney for Debtor(s)     (Date) |

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) Page 3

| Voluntary Petition | Name of Debtor(s): |
|---|---|
| *(This page must be completed and filed in every case)* | **Muskegon Redevelopment Limited Dividend Housing Association Limited Partnership** |

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of Attorney*

X *R. Gordon* (signature)
Signature of Attorney for Debtor(s)

**Robert D. Gordon P48627**
Printed Name of Attorney for Debtor(s)

**Clark Hill PLC**
Firm Name

**151 S. Old Woodward Avenue
Suite 200
Birmingham, MI 48009**
Address

Email: rgordon@clarkhill.com
**(248) 988-5882  Fax: (248) 988-2502**
Telephone Number

**April 21, 2015**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _(signature)_
Signature of Authorized Individual

**William Rhoten**
Printed Name of Authorized Individual

**Vice President, Alliant Real Estate Investments, LLC**
Title of Authorized Individual

**April 21, 2015**
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11, United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person, or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

UNITED STATES BANKRUPTCY COURT
WESTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| In re:<br><br>MUSKEGON REDEVELOPMENT LIMITED DIVIDEND HOUSING ASSOCIATION LIMITED PARTNERSHIP,<br><br>    Debtor.<br><br>Tax Id: 35-2113888 | Chapter 11<br>Case No. 15-\_\_\_\_\_-\_\_\_<br>Honorable _____ |

## **DECLARATION PURSUANT TO LOCAL BANKRUPTCY RULE 1004**

Pursuant to Local Bankruptcy Rule 1004, the undersigned declares, to the best of his knowledge, that the Amended and Restated Agreement of Limited Partnership of Muskegon Redevelopment Limited Dividend Housing Association Limited Partnership ("Debtor"), dated as of September 11, 2000, as amended (the "Partnership Agreement"), permits less than unanimous consent of all general partners for the filing of a voluntary bankruptcy petition on behalf of the above-captioned Debtor.  Specifically, the Partnership Agreement permits general partner Alliant Holdings of Amazon, LLC to file a voluntary bankruptcy petition without the consent of any other general partner, provided that it has the consent of Alliant Tax Credit XIV, LLC, the Debtor's Administrative Limited Partner.  Such consent has been provided.  *See also* the Resolutions of the Debtor, filed concurrently herewith.

-2-

Respectfully submitted,

CLARK HILL PLC


   */s/ Robert D. Gordon*
Robert D. Gordon (P48627)
John R. Stevenson (P70241)
Kristen M. Howard (P79398)
151 S. Old Woodward, Suite 200
Birmingham, MI 48009
P. (248) 642-9692
F. (248) 642-2174
rgordon@clarkhill.com
jstevenson@clarkhill.com
khoward@clarkhill.com

*Proposed Counsel for the Debtor*

CERTIFICATE OF RESOLUTIONS
OF MUSKEGON REDEVELOPMENT LIMITED DIVIDEND HOUSING
ASSOCIATION LIMITED PARTNERSHIP

I, William Rhoten, the undersigned, do hereby certify that on April 21, 2015, the following resolutions were duly adopted and approved by Alliant Holdings of Amazon, LLC (the "General Partner"), the general partner of Muskegon Redevelopment Limited Dividend Housing Association Limited Partnership ("Muskegon"), on behalf of Muskegon.

**RESOLVED**, that, in the judgment of the General Partner, it is desirable and in the best interest of Muskegon, its creditors, and other interested parties that a petition be filed by Muskegon seeking relief under the provisions of chapter 11 of title 11 of the United States Code (the "Bankruptcy Code"); and it is further

**RESOLVED**, that the undersigned (the "Authorized Officer") and his designees are hereby authorized, empowered and directed, in the name and on behalf of Muskegon, to execute and verify petitions under chapter 11 of the Bankruptcy Code and to cause the same to be filed in the United States Bankruptcy Court for the Western District of Michigan or such other appropriate court at such time as the Authorized Officer or his designee shall determine; and it is further

**RESOLVED**, that the Authorized Officer and his designees are hereby authorized, empowered and directed, in the name and on behalf of Muskegon, to prepare, execute and file, or cause to be prepared, executed and filed, all schedules, motions, applications, pleadings, lists, reports, statements, and other papers and information required to be filed by Muskegon in accordance with the Bankruptcy Code and applicable federal and local bankruptcy rules, court rules, and court orders, and, in that connection, to employ and retain legal counsel, accountants, financial advisors, appraisers, and other professionals, and to take and perform any and all further acts and deeds deemed necessary, proper, or desirable in connection with Muskegon's chapter 11 bankruptcy case and any adversary proceedings or other litigation arising under or related to said bankruptcy case, with a view to the successful prosecution of all such matters; and it is further

**RESOLVED**, that the law firm of Clark Hill PLC, 151 South Old Woodward Avenue, Suite 200, Birmingham, Michigan 48009 be retained as counsel for Muskegon in Muskegon's chapter 11 case, subject to bankruptcy court approval; and it is further

**RESOLVED**, that the Authorized Officer and his designees be, and hereby are, authorized, directed and empowered, in the name

202441175.2 48137/179336

and on behalf of Muskegon, to incur all such fees and expenses as in their judgment shall be necessary, appropriate or advisable in the good faith judgment of such Authorized Officer and his designees to effectuate the purpose and intent of any and all of the foregoing resolutions; and it is further

**RESOLVED**, that the Authorized Officer and his designees be, and hereby are, authorized, directed and empowered, in the name and on behalf of Muskegon or as otherwise described in any applicable engagement letter and as governed by applicable provisions of the Bankruptcy Code, rules, and court orders, to pay and direct the payment of all fees and expenses incurred in connection with the transactions contemplated by these resolutions; and it is further

**RESOLVED**, that, having received the approval of Alliant Tax Credit XIV, LLC, the administrative limited partner of Muskegon, for the matters contemplated by these resolutions, the General Partner has the authority to execute this document and take all actions authorized by this document pursuant to the Amended and Restated Agreement of Limited Partnership, dated as of September 11, 2000, as amended, including, without limitation, Sections 5.1, 5.2, and 5.5 contained therein; and it is further

**RESOLVED**, that all actions previously taken by any authorized officer, his or her designees, or counsel with respect to the matters contemplated by these resolutions, are hereby adopted, ratified, confirmed and approved in all respects as the acts and deeds of Muskegon.

**IN WITNESS WHEREOF**, I have hereunto set my hand this 21st day of April, 2015.

    MUSKEGON REDEVELOPMENT LIMITED DIVIDEND HOUSING ASSOCIATION LIMITED PARTNERSHIP, a Michigan limited partnership

    By: ALLIANT HOLDINGS OF AMAZON, LLC, a Florida limited liability company, as its General Partner

    By: ALLIANT REAL ESTATE INVESTMENTS, LLC, a Florida limited liability company, as sole Member of the General Partner

    By: _____
    William Rhoten, as its Vice President