B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Michigan

In re **Muskegon Redevelopment Limited Dividend Housing Association Limited Partnership**
Debtor(s)

Case No.
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Arthur J Gallagher of MI, Inc.<br>22930 E. 9 Mile Road<br>Saint Clair Shores, MI 48080 | Arthur J Gallagher of MI, Inc.<br>22930 E. 9 Mile Road<br>Saint Clair Shores, MI 48080 | | | 57,382.40 |
| City of Muskegon<br>173 E. Apple Avenue<br>Suite 104<br>Muskegon, MI 49442 | City of Muskegon<br>173 E. Apple Avenue<br>Suite 104<br>Muskegon, MI 49442 | | | 80.59 |
| Comcast Cable<br>Attn: Legal Counsel<br>Comcast Center<br>1701 JFK Boulevard<br>Philadelphia, PA 19103 | Comcast Cable<br>Attn: Legal Counsel<br>Comcast Center<br>Philadelphia, PA 19103 | | | 112.40 |
| KMG Prestige, Inc.<br>Attn: Legal Counsel<br>24901 Northwestern Highway<br>Suite 200<br>Southfield, MI 48075 | KMG Prestige, Inc.<br>Attn: Legal Counsel<br>24901 Northwestern Highway<br>Southfield, MI 48075 | | | 11,704.64 |
| Trigild Holdings LLC<br>Attn: W. Hoffman/K. McLaren<br>9339 Genesee Avenue<br>Suite 130<br>San Diego, CA 92121 | Trigild Holdings LLC<br>Attn: W. Hoffman/K. McLaren<br>9339 Genesee Avenue<br>San Diego, CA 92121 | | | 8,267.95 |
| West Michigan Court Services<br>Resident Agent: Regan L. Higg<br>5807 Hall Road<br>Muskegon, MI 49442 | West Michigan Court Services<br>Resident Agent: Regan L. Higg<br>5807 Hall Road<br>Muskegon, MI 49442 | | | 66,344.11 |
| | | | | |
| | | | | |

B4 (Official Form 4) (12/07) - Cont.

In re **Muskegon Redevelopment Limited Dividend Housing Association Limited Partnership**
Debtor(s)

Case No. _____

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Vice President, Alliant Real Estate Investments, LLC of the partnership named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **April 21, 2015**

Signature  _/s/ William Rhoten_
**William Rhoten**
Vice President, Alliant Real Estate Investments, LLC

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.